**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PIKKII USA INC.,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

Case No. 26-cv-06431

**ORDER**

On August 12, 2026, the Court set a hearing for why the temporary restraining order in this matter should not convert to a preliminary injunction for August 27, 2026 at 12:00 p.m. ECF No. 25. The Court extended Defendants' deadline to oppose to August 25, 2026 at 12:00 p.m. by that same Order. *Id*. Despite Defendants' being served with the pleadings in this matter on August 12, 2026, and again with the adjournment order on August 13, 2026, ECF No. 28, Defendants did not file an opposition or otherwise appear in this matter.

Accordingly, the Court treats the motion as unopposed and hereby **GRANTS** a preliminary injunction. The hearing scheduled for tomorrow is hereby **ADJOURNED** *sine die*. Plaintiff is directed to file a proposed preliminary injunction order by **August 27, 2026 at 12:00 p.m.**

The Clerk of Court is respectfully directed to terminate ECF Nos. 7 and 18.

Dated: August 26, 2026
New York, NY

Dale E. Ho
UNITED STATES DISTRICT JUDGE