**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PIKKII USA INC.,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

Case No. 26-cv-6431

**~~[PROPOSED]~~ STIPULATED PRELIMINARY INJUNCTION ORDER**

THIS CAUSE comes before the Court following entry of the Preliminary Injunction Order (the "PI Order"). Dkt. 33. The Court previously entered the PI Order against all Defendants, including Defendant DOE #21, Ceeyugy (Amazon Merchant ID A1QBP18TJ1YNIN) ("Defendant"). Plaintiff and Defendant met and conferred and agreed to this stipulated preliminary injunction, which includes a $50,000 cap on the asset restraint previously implemented by the PI Order.

**ORDER**

1. The injunctive relief previously granted in the PI Order shall remain in place through the pendency of this action, and issuing this Order is warranted under Federal Rule of Civil Procedure 65 and 17 U.S.C. § 502. Based on the foregoing and the agreement reached by the parties, the previously entered Preliminary Injunction Order as to Defendant DOE #21 (Ceeyugy A1QBP18TJ1YNIN) is hereby modified as follows:

2. As sufficient cause has been shown, Defendant and Defendant's officers, agents, servants, employees, attorneys, and those persons in active concert or participation with Defendant who receive actual notice of this Order are enjoined and restrained from engaging in any of the

following conduct pending the final hearing and determination of this action or until further order of the Court:

a. importing, manufacturing, advertising, offering for sale, selling, distributing, destroying, selling off, transferring, or otherwise disposing of any unauthorized and unlicensed products using infringing versions of Plaintiff's federally registered copyrights (the "Infringing Products");

b. manufacturing, advertising, offering to sell, selling, reproducing, or distributing any goods utilizing Plaintiff's registered works, including Copyright Registration Nos. VA 2-472-637, VA 2-472-632, and PA 2-558-058 (collectively, the "PIKKII Works"), or any substantially similar copies or derivative works thereof, other than genuine products manufactured or distributed by Plaintiff or its authorized manufacturers and distributors;

c. destroying, selling off, transferring, or otherwise disposing of any documents, electronically stored information, or financial records or assets of any kind relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any Infringing Products;

d. using the PIKKII Works on or in connection with any Seller Alias, meaning any online seller account or storefront that Defendant may own, operate, or control, on any Marketplace;

e. any and all use of the PIKKII Works as metatags, on any webpage (including the title of any web page), in any advertising links to other websites, from search engines' databases or cache memory, or any other form of use of such terms that are visible to a computer user or serve to direct computer searches to Seller Aliases registered, owned or operated by Defendant on any Marketplace; and

f. altering, disabling, closing, or transferring ownership of any Seller Alias on any Marketplace during the pendency of this action or until further Order of the Court.

**Asset Restraint**

3. In accordance with the parties' agreement, the asset restraint implemented by the PI Order is capped at $50,000 for Defendant DOE #21, Ceeyugy (Amazon Merchant ID A1QBP18TJ1YNIN). Any surplus of restrained funds beyond this amount shall be released to Defendant upon confirmation by the restraining institution(s) that at least $50,000 remains restrained, with notice to Plaintiff's counsel.

4. The Court's previous Preliminary Injunction Order, as it relates to Defendant, is dissolved and replaced by this Stipulated Preliminary Injunction Order, which is hereafter in effect. Nothing herein shall affect Plaintiff's rights or remedies with respect to any prior violations of the original Preliminary Injunction Order.

**STIPULATED AND AGREED:** Dated: October 1, 2026

/s/ Christopher Keleher
Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie, Suite 525-4635
Chicago, Illinois 60611
312-448-8491
ckeleher@appellatelawgroup.com

*Counsel for Defendant Ceeyugy*

*Counsel for Defendant DOE #21, Ceeyugy*
/s/ Shengmao Mu
Shengmao Mu
NY No. 5707021
WHITEWOOD LAW PLLC
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff PIKKII USA INC.*

SO ORDERED.

Dated: November 23, 2026
New York, New York

Dale E. Ho
United States District Judge

**Schedule A to the Complaint (Stipulated Defendant DOE #21 Identified Below)**

| DOE No. | Marketplace | Merchant Name | Merchant ID |
|---|---|---|---|
| 21 | Amazon | Ceeyugy | A1QBP18TJ1YNIN |